IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:19-CV-00046-FL

| | |
|---|---|
| JODIE MIDGETT ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
|     Defendant. ) | |

This Motion being submitted to the Court for an Order upon Motion for Attorney Fees under §406(b) of the Social Security Act filed by Branch W. Vincent, III, Attorney at Law. The Court has considered the Motion and Orders that the sum of **$9,642.53** for attorney fees which sum represents 25% of Plaintiff's **past due benefits of $38,570.13 under Title XVI** as calculated by the Social Security Administration. This amount shall be withheld Plaintiff's past due benefits pursuant to §406(b) of the Social Security Act. A separate award of attorney fees is reserved for later determination upon a Notice of Award to be issued by the Social Security Administration concerning past due benefits under Title II. Upon receipt of the §406(b) fee awarded herein, Plaintiff shall be reimbursed the EAJA fee paid to Plaintiff's counsel.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Branch W. Vincent, III, Attorney at Law, the sum of **$9,642.53** from Plaintiff's past due benefits. A separate award of attorney fees is reserved for later determination upon a Notice of Award to be issued by the Social Security Administration concerning past due benefits under Title II. Plaintiff's counsel shall thereafter reimburse and otherwise pay Plaintiff the EAJA fee paid herein.

This 8th day of November, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge