IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:19-CV-00046-FL

| | |
|---|---|
| JODIE MIDGETT,<br> Plaintiff, | )<br>)<br>) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | ) ORDER APPROVING ATTORNEY<br>) FEES PURSUANT TO 42 U.S.C. § 406(b)<br>)<br>)<br>) |

  Plaintiff's counsel filed a second motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $16,790.00 ($26,434.00 - $9,642.53 previously received in 406b fees). Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,050.00.

  Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

  It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $16,790.00, and refund to Plaintiff the smaller award ($4,050.00) between this amount and the EAJA award.

  This 6th day of June, 2023.

                 _____
                 LOUISE W. FLANAGAN
                 United States District Judge